UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FREDERICO GONZALEZ, #31225-177, | ) | |
| | ) | CIVIL ACTION NO. |
| Petitioner, | ) | |
| | ) | 3:16-CV-1689-G (BK) |
| VS. | ) | |
| | ) | CRIMINAL ACTION NO. |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 3:03-CR-329(13)-G |
| Respondent. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate.

It is therefore **ORDERED** that the successive section 2255 motion is **TRANSFERRED** to the **United States Court of Appeals for the Fifth Circuit**. *See* 28 U.S.C. § 2244(b)(3); 28 U.S.C. § 1631.[*]

The clerk of the court is **DIRECTED** to transmit a copy of this order to the Federal Public Defender's Office.

    **SO ORDERED**.

August 3, 2016.

                                    */s/ A. Joe Fish*
                                    **A. JOE FISH**
                                    **Senior United States District Judge**

---

[*] An order transferring a successive application to the court of appeals is not a final order requiring a certificate of appealability. See *United States v. Fulton*, 780 F.3d 683, 688 (5th Cir. 2015)